**UNITED STATES of America ex rel. James A. HOLLAND and Joseph D. Brown, Appellants,**

v.

**Arthur T. PRASSE, Commissioner of Corrections of Commonwealth of Pennsylvania and Alfred T. Rundle, Superintendent, State Correctional Institution, Philadelphia, Pennsylvania.**

No. 15145.

United States Court of Appeals
Third Circuit.

Submitted March 15, 1965.

Decided March 19, 1965.

James A. Holland, pro se.

Joseph D. Brown, pro se.

Walter E. Alessandroni, Atty. Gen., Frank P. Lawley, Jr., Deputy Atty. Gen., Harrisburg, Pa., for appellees.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The decision of the district court, 241 F.Supp. 566, will be affirmed upon the sound opinion of Judge Davis sitting therein.

\* Senior Judge of the D.C.Circuit, sitting by designation.

**Orin D. ROWE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22565.

United States Court of Appeals
Fifth Circuit.

May 24, 1965.

Orin D. Rowe, pro se.

Clinton Ashmore, U. S. Atty., Tallahassee, Fla., for appellee.

Before TUTTLE, Chief Judge, and EDGERTON * and SMITH,** Circuit Judges.

PER CURIAM.

The appellant sought relief under 28 U.S.C.A. § 2255 from a mail fraud conviction. The district court denied relief. Merrill v. United States, 5th Cir. 1964, 338 F.2d 763, requires a reversal. The judgment of the district court is reversed and the cause is remanded, with directions to vacate and set aside the judgment of conviction and sentence, and to dismiss the indictment.

Reversed and remanded.

** Of The Third Circuit, sitting by designation.